AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

|  |  |  |
|---|---|---|
| Kenia Cantalapiedra et al., | ) ) ) ) ) |  |
| *Plaintiff(s)* | ) ) | Civil Action No.  1:26-cv-22807-KMW |
| v. | ) |  |
| BT's ON THE RIVER, LLC d/b/a BOOBY TRAP ON THE RIVER, et al., | ) ) ) ) |  |
| *Defendant(s)* | ) |  |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  B&G Opa Land Holdings, LLC
c/o Thomas U. Graner
1699 S. Federal Highway
Boca Raton, FL 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Raymond R. Dieppa
Florida Legal, LLC
150 SE 2nd Avenue
Suite 1001
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 23, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Kenia Cantalapiedra et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.  1:26-cv-22807-KMW |
| BT's ON THE RIVER, LLC d/b/a BOOBY TRAP ON THE RIVER, et al., | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  BT'S NORTH, INC. d/b/a BOOY TRAP DORAL AREA
c/o Gregg Berger
5325 NW 77 Ave
Miami, FL 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Raymond R. Dieppa
Florida Legal, LLC
150 SE 2nd Avenue
Suite 1001
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 23, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Kenia Cantalapiedra et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.  1:26-cv-22807-KMW |
| BT's ON THE RIVER, LLC d/b/a BOOBY TRAP ON THE RIVER, et al., | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BOOBY TRAP, INC. d/b/a BOOBY TRAP POMPANO BEACH
c/o Phillip Gori
5325 NW 77 Ave
Miami, FL 33166


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Raymond R. Dieppa
Florida Legal, LLC
150 SE 2nd Avenue
Suite 1001
Miami, FL 33131


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Apr 23, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| Kenia Cantalapiedra et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  1:26-cv-22807-KMW |
| BT's ON THE RIVER, LLC d/b/a BOOBY TRAP ON THE RIVER, et al., | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  P.T.G. ENTERTAINMENT, INC. d/b/a BOOBY TRAP
c/o Phillip Gori-registered agent
5325 NW 77 Ave.
Miami, FL 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Raymond R. Dieppa
Florida Legal, LLC
150 SE 2nd Avenue
Suite 1001
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 23, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | |
|---|---|
| Kenia Cantalapiedra et al., | ) )  ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | )   Civil Action No.  1:26-cv-22807-KMW |
| BT's ON THE RIVER, LLC d/b/a BOOBY TRAP ON THE RIVER, et al., | ) ) ) |
| _Defendant(s)_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Phillip Gori
195 W. Alexander Palm Road
Boca Raton, FL 33423

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Raymond R. Dieppa
Florida Legal, LLC
150 SE 2nd Avenue
Suite 1001
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Apr 23, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>Kenia Cantalapiedra et al.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No.   1:26-cv-22807-KMW</td></tr>
<tr><td>BT's ON THE RIVER, LLC d/b/a BOOBY TRAP ON<br>THE RIVER, et al.,</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Gregg  Berger
3500 Mystic Pointe Drive
Aventure, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Raymond R. Dieppa
Florida Legal, LLC
150 SE 2nd Avenue
Suite 1001
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____Apr 23, 2026_____

*s/ K. Rivers*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Kenia Cantalapiedra et al., | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) ) |
| BT's ON THE RIVER, LLC d/b/a BOOBY TRAP ON THE RIVER, et al., | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   1:26-cv-22807-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  P.G. Investments, II Inc.
c/o Phillip Gori
5325 NW 77 Ave
Miami, FL 33166

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Raymond R. Dieppa
Florida Legal, LLC
150 SE 2nd Avenue
Suite 1001
Miami, FL 33131

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Apr 23, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

<table>
<tr><td>Kenia Cantalapiedra et al.,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No. 1:26-cv-22807-KMW</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>BT's ON THE RIVER, LLC d/b/a BOOBY TRAP ON<br>THE RIVER, et al.,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Gori Family Limited Partnership
c/o Phillip Gori-Registered Agent
5325 NW 77 Ave
Miami, FL 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Raymond R. Dieppa
Florida Legal, LLC
150 SE 2nd Avenue
Suite 1001
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 23, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court